1  **KRIS J. KRAUS**
   California Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Kris_Kraus@fd.org
5

6  Attorneys for Defendant

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        ) Case No.  08MJ0992
                                      )
11 |         Plaintiff,                )
                                      )
12 | v.                                ) **NOTICE OF ATTORNEY APPEARANCE**
                                      )
13 | SALVADOR MONTES-DIAZ,             )
                                      )
14 |         Defendant.                )
                                      )
15 | _____ )

16     Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris

17 J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

18 above-captioned case.

19                                      Respectfully submitted,

20

21 Dated:  April 4, 2008              /s/ Kris J. Kraus
                                      **KRIS J. KRAUS**
22                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Defendant
23                                    Kris_Kraus@fd.org

1

**CERTIFICATE OF SERVICE**

2   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3   information and belief, and that a copy of the foregoing document has been served this day upon:

4   U S Attorneys Office Southern District of California
880 Front Street
5   Room 6293
San Diego, CA 92101
6   (619)557-5610
Fax: (619)557-5917
7   Email: Efile.dkt.gc2@usdoj.gov

8

9   DATED: April 4, 2008                    */s/ Kris J. Kraus*
                                            **KRIS J. KRAUS**
10                                          Federal Defenders of San Diego, Inc.
                                            Kris_Kraus@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28