

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
                                                        '08 CR 1313 JM
UNITED STATES OF AMERICA,      )   Criminal Case No. _____
                               )
             Plaintiff,        )   I N F O R M A T I O N
                               )
       v.                      )   Title 8, U.S.C., Sec. 1325 -
                               )   Illegal Entry (Misdemeanor);
SALVADOR MONTES-DIAZ,          )   Title 8, U.S.C., Sec. 1325 -
                               )   Illegal Entry (Felony)
             Defendant.        )
_____)
```

The United States Attorney charges:

Count 1

On or about ____March 2003____, within the Southern District of California, defendant SALVADOR MONTES-DIAZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WDK:psd:San Diego
4/7/08

<u>Count 2</u>

On or about March 29, 2008, within the Southern District of California, defendant SALVADOR MONTES-DIAZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: April 24, 2008.

KAREN P. HEWITT
United States Attorney

/s/ Douglas Keehn
DOUGLAS KEEHN
Assistant U.S. Attorney