**FILED**

JUN 1 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JM _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

              vs.

SALVADOR MONTES-DIAZ,

                    Defendant.

CASE NO. 08CR1313-JM

**JUDGMENT OF DISMISSAL**

**FILED**

JUN 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

____  of the offense(s) of:

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 13, 2008

_____
JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

I have executed within __Judgment of dismissal__ ENTERED ON _____
Judgement and Commitment on _10/14/08_

United States Marshal

By: _____
USMS Criminal Section