# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
)
)
)
Salvador Montes-Diaz )
)

CASE NUMBER _08CR1313-JM_

ABSTRACT OF ORDER

Booking No. _36268198_

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ June 13, 2008 _____

the Court entered the following order:

____✓____ Defendant be released from custody, as to this case only.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release
and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

____✓____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

____✓____ Other. _Case 08CR1547-JM still pending._

FILED

JUL - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk
by

Deputy Clerk

Received _____
DUSM

Crim-9    (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

L. BARKINS

L. BARKINS

CLERK'S COPY